| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>410-2009-04751 |
|---|---|---|

and EEOC
_____
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Billy E. Hyatt | Home Phone (Incl. Area Code)<br>(706) 581-8114 | Date of Birth<br>11-30-1978 |
|---|---|---|
| Street Address<br>926 Raygan Drive | City, State and ZIP Code<br>Tunnel Hill, GA 30755 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>PLIANT CORPORATION | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(706) 259-9471 |
|---|---|---|
| Street Address<br>109 Poly Pac Drive | City, State and ZIP Code<br>Dalton, GA 30720 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br>☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify below.)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 03-07-2009    Latest: 03-12-2009<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I. I was hired by the above employer as an Operator. I am a person with a disability. On March 7, 2009, I was would be suspended due to my religious beliefs. I was also subjected to harassment due to my disability and religion. On March 12, 2009, I was discharged.

II. I believe that I have been discriminated against because of my religion (Christian), in violation of Title VII of the Civil Rights Act of 1964, as amended and because I am a person with a disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9-4-9    *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |